UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:14-cv-21871-PAS (Seitz/Turnoff)

HOWARD COHAN,

    Plaintiff,

v.

FLORIDA PRITIKIN CENTER, LLC,
d/b/a PRITIKIN LONGEVITY CENTER
AND SPA, and TRUMP ENDEAVOR 12, LLC,
d/b/a PRITIKIN LONGEVITY CENTER AND SPA,

    Defendants.
_____/

**JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE
AND TO DISMISS ACTION WITH PREJUDICE**

The Parties, by and through their respective undersigned counsel, hereby move for the Court's approval and entry of the attached Consent Decree.

1. Plaintiff filed the instant cause of action alleging that the property at issue violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 et seq. ("Title III" of the "ADA").

2. The matters raised by Plaintiff's allegations regarding the property at issue have been resolved in accordance with the Consent Decree attached hereto as Exhibit "A."

3. The Parties agree and submit that the attached Consent Decree is fundamentally fair, adequate and reasonable to improve access for persons with disabilities at the property at issue, and otherwise meets the purposes of Title III of the ADA.

4. In accordance therewith, the parties respectfully request that the Court review,

approve and ratify the Consent Decree. Additionally, the parties request the Court retain jurisdiction to enforce the Consent Decree. See Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272, 1280 (11th Cir. 2012).

5. As part of the parties' settlement embodied by the Consent Decree, the parties have agreed to a dismissal of this action with prejudice. Accordingly, the parties request, upon the Court's review, approval and ratification of the Consent Decree, that this action be dismissed with prejudice.

6. Accept as otherwise stated in the Consent Decree, the parties shall bear their own respective fees and costs.

WHEREFORE, the parties respectfully request that the Court grant this Motion; enter an order (a) approving and entering the attached Consent Decree, (b) dismissing this action with prejudice, and (c) retaining jurisdiction to enforce the Consent Decree; and grant such additional relief as the Court deems just and proper.

Dated:   October 3, 2014                                             Respectfully submitted,

*s/ Mark D. Cohen*                                           *s/ Adam S. Chotiner*[1]
MARK D. COHEN, ESQ.                            ADAM S. CHOTINER, ESQ.
Florida Bar No. 347345                                 Florida Bar No. 0146315
Mark D. Cohen, P.A.                                     Shapiro, Blasi, Wasserman & Gora, P.A.
Presidential Circle, Suite 435 So.                 7777 Glades Road, Suite 400
4000 Hollywood Blvd.                                  Telephone  (561) 477-7800
Hollywood, FL 33021                                   Facsimile (561) 477-7752
Telephone (954) 962-1166                          E-Mail: aschotiner@sbwlawfirm.com
Facsimile (954) 962-1779                           *Counsel for Defendants*
E-Mail: mdcohenpa@yahoo.com
*Counsel for Plaintiff*

---

[1]  Mark D. Cohen has provided Adam S. Chotiner with express authority to jointly file this motion.

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

>*s/ Adam S. Chotiner*
>ADAM S. CHOTINER, ESQ.

**SERVICE LIST**

*Howard Cohan v. Florida Pritikin Center, LLC, et al.*
Case No. 1:14-cv-21871-PAS (Seitz/Turnoff)
United States District Court, Southern District of Florida

| | |
|---|---|
| Mark D. Cohen, Esq.<br>E-Mail:  mdcohenpa@yahoo.com<br>Mark D. Cohen, P.A.<br>Presidential Circle, Suite 435 So.<br>4000 Hollywood Blvd.<br>Hollywood, FL 33021<br>Tel:     (954) 962-1166<br>Fax:    (954) 962-1779<br>Counsel for Plaintiff<br>*Via CM/ECF* | Adam S. Chotiner, Esq.<br>E-Mail: aschotiner@sbwlawfirm.com<br>Shapiro, Blasi, Wasserman & Gora, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL  33434<br>Tel:     (561) 477-7800<br>Fax:    (561) 477-7722<br>Counsel for Defendants<br>*Via CM/ECF* |